UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONICA L COOK,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C23-1178 RSM<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiff was required to file an opening brief on or before November 9, 2023.  Dkt. 12. Plaintiff has neither filed an opening brief nor requested an extension of time.

      Plaintiff is ordered to show cause by December 5, 2023, why this matter should not be dismissed for lack of prosecution.  Failure to show cause may result in dismissal of this action. Plaintiff may respond by filing an opening brief along with an explanation for the delay.  If the Court finds the explanation reasonable, the Court will accept the late brief and amend the Scheduling Order to avoid prejudice to Defendant.

      DATED this 20th day of November, 2023.

                                                       Ricardo S. Martinez
                                                       United States District Judge