UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONICA L COOK,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C23-1178 RSM<br><br>**ORDER ACCEPTING OPENING BREIF AND AMENDING SCHEDULING ORDER** |

Based on Plaintiff's response to the order to show cause why this case should not be dismissed for lack of prosecution (Dkt. 15 at 3), the Court hereby **ACCEPTS** Plaintiff's Opening Brief (*Id*. at 1–2). It is hereby **ORDERED** that the Scheduling Order (Dkt. 12) shall be amended as follows:

- Defendant shall have up to and including January 7, 2024, to file a Response Brief.
- Plaintiff shall have up to and including January 21, 2024, to file a Reply Brief.

DATED this 8th day of December, 2023.

Ricardo S. Martinez
United States District Judge

ORDER ACCEPTING OPENING BREIF
AND AMENDING SCHEDULING
ORDER - 1